FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02399-OES

"IN RE [TOMAS M. GARCIA],"

    Applicant,

v.

JOE ORTIZ, Exec. Dir. Colorado D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER OVERRULING OBJECTIONS

---

On December 22, 2005, Applicant Tomas M. Garcia submitted *pro se* and the Court filed a document titled "Exception to Order – Not in Compliance to Habeas Corpus Rules 4 and 5(a) (Motion to Dismiss)." In the December 22 document, Mr. Garcia objects to Magistrate Judge O. Edward Schlatter's December 12, 2005, order directing him to show cause why his habeas corpus application should not be denied for failure to exhaust state remedies.

The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that Magistrate Judge Schlatter's December 12, 2005,

order directing Mr. Garcia to show cause why the habeas corpus application should not be denied for failure to exhaust is not clearly erroneous or contrary to law. Accordingly, it is

ORDERED that the document titled "Exception to Order – Not in Compliance to Habeas Corpus Rules 4 and 5(a) (Motion to Dismiss)" that Applicant Tomas M. Garcia submitted *pro se* and the Court filed on December 22, 2005, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Applicant has **twenty (20) days from the date of this order** to show cause as directed in the December 12, 2005, order if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this ___9___ day of ___January___, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02399-OES

Tomas M. Garcia
Prisoner No. 113875
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/10/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk